IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PHILLIP GEMBARSKI                                                          PLAINTIFF

v.                              No. 6:14-CV-06008

RAY HOBBS, et al.                                                         DEFENDANTS

### ORDER

Now on this 11th day of December, 2015, there comes on for consideration the report and recommendation (Doc. 32) filed in this matter on November 5, 2015 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. No objections were filed to the report and recommendation.

The Court has reviewed the case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is ADOPTED in its entirety. Accordingly, Plaintiff's complaint (Doc. 1) is DISMISSED WITHOUT PREJUDICE because of Plaintiff's failure to comply with the Federal Rules of Civil Procedure, the Court's Local Rules, and the orders of the Court. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). The pending motion for partial summary judgment (Doc. 22) and motion for summary judgment (Doc. 27) filed by Defendants are DENIED AS MOOT.

IT IS SO ORDERED this 11th day of December, 2015.

                                        /s/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge